CLOSED_2008, MEDIATION

## U.S. DISTRICT COURT
U.S. District Court, Western District of New York (Buffalo)
CIVIL DOCKET FOR CASE #: 1:08-cv-00654-RJA
Internal Use Only

CA.#08-5018

Jones et al v. SmithKline Beecham Corporation et al
Assigned to: Hon. Richard J. Arcara
Related Cases: 1:07-cv-00849-RJA
               1:07-cv-00850-RJA
               1:07-cv-00847-RJA
               6:07-cv-06636-DGL
               1:07-cv-00848-RJA
               6:07-cv-06637-DGL
               1:08-cv-00190-RJA
               1:08-cv-00253-RJA
               1:08-cv-00386-RJA-HBS
               1:08-cv-00530-RJA-HBS
               1:08-cv-00661-RJA
Case in other court: New York State Supreme Court County of Erie, I2008-8495
Cause: 28:1441 Petition for Removal- Product Liability

Date Filed: 08/29/2008
Date Terminated: 10/16/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

FILED
OCT 22 2008
MICHAEL E. KUNZ, Clerk
By_____JV_____Dep. Clerk

**Plaintiff**
**Robert W. Jones**      represented by **Brian A. Goldstein**
Cellino & Barnes, P.C.
17 Court Street
7th Floor
Buffalo, NY 14202-3290
716-566-2269
Fax: 716-856-7817
Email: brian.goldstein@cellinoandbarnes.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Charlotte Jones**      represented by **Brian A. Goldstein**
*Individually and as Husband and Wife*      (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**SmithKline Beecham Corporation**      represented by **Kenneth J. King**
Pepper Hamilton, LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 808-2703
Fax: 212-658-9301
Email: kingk@pepperlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

ATTEST: A TRUE COPY
U.S. DISTRICT COURT, WDNY
RODNEY C. EARLY, CLERK
By_____
    Deputy Clerk

|||Paul K. Stecker<br>Phillips Lytle LLP<br>3400 HSBC Center<br>Buffalo , NY 14203<br>(716) 847-8400<br>Fax: 716-852-6100<br>Email: pstecker@phillipslytle.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*|
|---|---|---|
|**Defendant**||||
|**Glaxosmithkline**|represented by|**Kenneth J. King**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*|
|||**Paul K. Stecker**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*|
|**Defendant**||||
|**SmithKline Beecham Corporation**<br>*doing business as*<br>Glaxosmithkline|represented by|**Kenneth J. King**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*|
|||**Paul K. Stecker**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*|

| Date Filed | # | Docket Text |
|---|---|---|
| 08/29/2008 | 1 | NOTICE OF REMOVAL by SmithKline Beecham Corporation, Glaxosmithkline from New York State Supreme Court County of Erie, case number I2008-8495. (Filing fee $ 350 receipt number 9093) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Certificate of Service)(JDK) (Entered: 08/29/2008) |
| 08/29/2008 | | AUTOMATIC REFERRAL to Mediation (JDK) (Entered: 08/29/2008) |
| 08/29/2008 | | Clerk mailed certified copies of Notice of Removal and Docket to Multidistrict Litigation Panel. (JDK) (Entered: 09/02/2008) |
| 09/04/2008 | 2 | STIPULATION *extending defendant's time to respond to complaint* by SmithKline Beecham Corporation, Glaxosmithkline. (Stecker, Paul) (Entered: 09/04/2008) |
| 09/05/2008 | 3 | TEXT ORDER approving stipulation extending time to answer until 45 days following the transfer of the action to Multidistrict Litigation. Signed by Hon. Richard J. Arcara on 9/5/2008. Associated Cases: 1:08-cv-00652-RJA et al.(JMB) (Entered: 09/05/2008) |
| 10/07/2008 | | Remark - Received Copy of Conditional Transfer Order from the Multidistrict Litigation Panel; awaiting certified copy/request from Eastern District of Pennsylvania to transfer this action (DZ) (Entered: 10/09/2008) |
| 10/14/2008 | 4 | CONDITIONAL TRANSFER ORDER (CTO-26) transferring this case to the Eastern District of Pennsylvania to be included in the multi-district litigation 1871 assigned to the Honorable Cynthia M. Rufe. Signed by Jeffrey N. Luthi, Clerk of Panel on 10/7/08. (DZ) (Entered: 10/16/2008) |
| 10/16/2008 | | Case transferred to District of Eastern District of Pennsylvania as part of Judicial Panel on Multidistrict Litigation, MDL-1871; certified copy of docket sent to Eastern District of Pennsylvania. (DZ) (Entered: 10/16/2008) |

| 10/16/2008 | | (Court only) ***Set closed flag. (DZ) (Entered: 10/16/2008) |